IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FEDERICO JAIMES GOMEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-00646-DAE |
| | § | |
| ORTEGA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Federico Jaimes Gomez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 1) and Federal Respondents'[1] Response (Dkt. # 6).  The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, on or before **April 7, 2026**, Petitioner shall file supplemental briefing with answers to the following questions:

1. The Petition states that Petitioner was apprehended by law enforcement on December 9, 2025 during a "police encounter." (Dkt. # 1 at 4.)  However, Federal Respondents have provided documentation that Petitioner was arrested on December 9, 2025

---

[1] Federal Respondents include Sylvester M. Ortega, Field Office Director, San Antonio Field Office, U.S. Immigrations and Customs Enforcement ("ICE"); Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); DHS; Pamela Bondi, Attorney General, United States Department of Justice; Executive Office for Immigration Review ("EOIR"); and Todd Lyons, Acting Director, Immigration and Customs Enforcement.

1

for "Assault to Bodily Injury of a Family Member."  (Dkt. # 6-2 at 2.)  The documentation further provides that ICE officers arrested Petitioner on February 13, 2026 after he was released from the Travis County Correctional Facility.  (Id.)  Please clarify for the Court the following:

    i.  Was Petitioner in county custody from December 9, 2025 to February 13, 2026?

    ii.  Was Petitioner charged with an offense in connection with this arrest? If so, what is the charge?

    iii.  If Petitioner was charged, what is the status of that charge? Is it still pending?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, March 31, 2026.

_____
David Alan Ezra
Senior United States District Judge

2